UNITED STATES of America,
Plaintiff–Appellee,

v.

Taiwan Lenard DRIVER,
a.k.a. "Taiwan Martin,"
Defendant–Appellant.

No. 14–11555
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 28, 2014.

Kathleen Mary Salyer, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, John C. McMillan, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Michael B. Cohen, Michael B. Cohen, PA, Fort Lauderdale, FL, Taiwan Lenard Driver, FCI Coleman Medium–Inmate Legal Mail, Coleman, FL, for Defendant–Appellant.

Before WILSON, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Michael Cohen, appointed counsel for Taiwan Driver in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Driver's conviction and sentence are **AFFIRMED.**